# ROBERT WISNIEWSKI P.C.
ATTORNEYS-AT-LAW

40 WALL STREET, SUITE 2833• NEW YORK, NY 10005
TEL: (212) 267-2101 • FAX: (646) 512-5604
WEBSITE: www.rwapc.com

August 12, 2020

Hon. Ramon E. Reyes, USMJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
    *VIA ECF*

        **Re:**   **Maldonado-Lopez v. Cajmant LLC et al.**
              **EDNY Docket No. 15-cv-00593 (SLT)(RER)**

Dear Judge Reyes,

    I represent Plaintiff in the above-entitled action. As directed, I refiled the properly collated declaration of Plaintiff in support of his default motion against Defendant Vogler.

    I also realized belatedly that no courtesy copy has been sent to the chambers. I will correct this error tomorrow.

    I apologize to Your Honor for these mixups.

                                Sincerely,

                                */s/Robert Wisniewski*
                              Robert Wisniewski